# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

United States of America )
v. )
)  Case No: CR405-00227-001
Demetrick Cleveland Tigner )
)  USM No: 12510-021
Date of Previous Judgment: June 20, 2006 )  R. Stephen Sims
(Use Date of Last Amended Judgment if Applicable) )  Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____126____ months **is reduced to** ____125 months____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 29              Amended Offense Level: 27
Criminal History Category: IV           Criminal History Category: IV
Previous Guideline Range: 121 to 151 months    Amended Guideline Range: 100 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated June 20, 2006, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12-4-2008

Judge's signature

B. Avant Edenfield
United States District Judge
Effective Date: _____       For the Southern District of Georgia
(if different from order date)                Printed name and title